UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. **2:25-cv-06594-CBM-MAR**  Date: September 10, 2025

Title  *Edward Macklin v. People of the State of California*

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| VALERIE VELASCO | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

    On July 16, 2025, Petitioner Edward Macklin ("Petitioner"), proceeding pro se, filed a habeas petition. ECF Docket No. ("Dkt.") 1. The Court then screened the petition pursuant to Habeas Rule 4 and identified several defects. On July 20, 2025 the Court issued an Order to Show Cause Why the Action Should Not Be Dismissed ("OSC") for lack of jurisdiction, on abstention grounds, for being untimely, and for being unexhausted. Dkt. 4. To date, Plaintiff has not responded to the Court's OSC.

    Accordingly, Plaintiff is ordered to respond **within twenty-one (21) days** of this Order, **by September 29, 2025**. **The Court warns Petitioner that failure to timely respond will result in dismissal of the action for the reasons outlined in the Court's OSC.**

    **IT IS SO ORDERED.**

                                                                                                    :

**Initials of Preparer**  vv