UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MACKLIN,<br><br>                    Petitioner,<br><br>            v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                    Respondent. | Case No. 2:25-cv-06594-CBM (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered **DENYING** the Petition and **DISMISSING** this action with prejudice.

Dated: March 11, 2026

HONORABLE CONSUELO B. MARSHALL
United States District Judge