JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDWARD MACKLIN,

                      Petitioner,

       v.

PEOPLE OF THE STATE OF CALIFORNIA,

                  Respondent.

Case No. 2:25-cv-06594-CBM-MAR

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: March 11, 2026

_____
HONORABLE CONSUELO B. MARSHALL
United States District Judge